# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| **SUPPLYCORE INC.,** | ) )  |
| Plaintiff, | ) ) No. 21-1861 C |
| v. | ) ) |
| **UNITED STATES OF AMERICA,** | ) Judge _____ ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE THE COMPLAINT UNDER SEAL

Pursuant to Section III of Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), SupplyCore Inc. ("SupplyCore") respectfully moves this Court for leave to file its Complaint under seal in the above-captioned case. The Complaint is being filed simultaneously herewith.

SupplyCore's Complaint contains information that is subject to GAO Protective Orders issued by GAO in connection with protests filed by SupplyCore and docketed by GAO as B-418337.2 and B-418337.3. SupplyCore requests that the Clerk treat the Complaint as if it were filed under seal while this Motion is pending, pursuant to Paragraph 4 of Appendix C of the RCFC.

In a separate motion, filed simultaneously herewith, SupplyCore is requesting that the Court enter its standard protective order in this proceeding so as to protect against public release of the information that is subject to the GAO Protective Orders.

WHEREFORE, SupplyCore respectfully requests that this Motion be granted, and that the accompanying Complaint be filed under seal.

Dated:  September 15, 2021

Respectfully submitted,

*s/ William E. Hughes*
William E. Hughes
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
william.hughes@huschblackwell.com
Telephone: (414) 978-5301
*Attorney of Record for SupplyCore Inc.*

*Of Counsel:*

Julia Banegas
**HUSCH BLACKWELL LLP**
750 17th Street NW, Suite 900
Washington, D.C. 20006
julia.banegas@huschblackwell.com
Telephone: (202) 378-2317

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

|  |  |
|---|---|
| **SUPPLYCORE INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. _____ |
| v. ) | |
| ) | Judge _____ |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff has moved for leave to file its Complaint under seal until a protective order is entered in this case. Having considered this Motion, as well as all other relevant materials and arguments, it is hereby

ORDERED that the Motion be and hereby is GRANTED

_____
Judge, U.S. Court of Federal Claims

Dated: _____, 2021